**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,              )<br>        Plaintiff,                             )<br>                                                   )<br>vs.                                             )<br>                                                   )<br>                                                   )<br>                                                   )<br>Ozzy Carl Watchman, Sr.,           )<br>                                                   )<br>        Defendant.                          )<br>_____) | No.: CR10-08218-001-PCT-DGC<br><br>**ORDER** |

   The defendant appeared in court with counsel. The defendant's probable cause hearing was waived and the detention hearing was submitted by defendant through defense counsel. The Court finds probable cause to believe the defendant violated the terms of his supervised release as alleged in the petition.

   IT IS ORDERED that the defendant is detained as flight risk and danger, pending further revocation proceedings. Pursuant to Rule 32.1(a)(6) defendant has failed to show he is not a flight risk or a danger.

   DATED this 7th day of January, 2015.

_____
Mark E. Aspey
United States Magistrate Judge